IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00007-CR

 

Julio Nava,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 40th District Court

Ellis County, Texas

Trial Court No. 24215CR/A

 



ABATEMENT ORDER



 

On October 15, 2007, we sent a letter to Appellant
informing him that his retained trial counsel’s motion to withdraw had been
granted and that the reporter’s record had not been filed apparently because
Appellant had failed to pay or make arrangements to pay the reporter’s fee for
preparation of the record.  Appellant has not responded to this letter from the
Court, nor has he responded to our October 15, 2007 letter informing him that
the Docketing Statement was due by November 5, 2007.

The Court abates this cause to the trial court
with instructions to hold a hearing to determine: (1) whether
Appellant still desires to proceed with the appeal; (2) whether Appellant is
indigent and entitled to appointed counsel and whether he desires appointed
counsel; and (3) whether Appellant desires to represent himself.  See Tex. R. App. P. 38.8(b)(2); Fewins
v. State, 170 S.W.3d 293 (Tex. App.—Waco 2005, order) (Fewins
contains an extended discussion of these issues).

The trial court shall conduct the hearing within
thirty days after the date of this order.  The trial court clerk and court
reporter shall file supplemental records within forty-five days after the date
of this order.  See Fewins, 170 S.W.3d at 296-97.

             


                          
                                                         PER CURIAM

 

 

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Appeal
abated

Order issued and filed
December 12, 2007

Do not publish